FRANK E. VOGEL, impleaded, etc.

*v.*

JOHN CONRAD.

*Filed at Ottawa June 15, 1895—Rehearing denied October 28, 1895.*

This case is governed by the decision in *Vogel* v. *Pekoc, ante,* p. 339, being substantially the same, in its facts.

APPEAL from the Superior Court of Cook county; the Hon. JOHN BARTON PAYNE, Judge, presiding.

DUPEE, JUDAH & WILLARD, for appellant.

Per CURIAM: This case is substantially like the case of *Vogel* v. *Pekoc, ante,* p. 339, and is governed by the decision there made. The judgment of the Superior Court of Cook county is affirmed.

*Judgment affirmed.*